# United States District Court
## Violation Notice

(Rev. 1/2...)

| Location Code | Violation Number | Officer Name (Print) | Officer N. |
|---|---|---|---|
| A107 | E 1430581 | R. CUEVA | #765 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/24/2022 2049 | 36 CFR 4.12 |

**Place of Offense**
BRIGHT ANGEL PARKING LOT

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
FAILURE TO COMPLY WITH TRAFFIC CONTROL DEVICE (WRONG WAY)

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| NORMAN | MAXX | N |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | 1982 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
|  |  | AZ | 2313 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: BRO   Height: 5'3   Weight: 150

### VEHICLE   VIN:   CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 15 | CHEV/TRAV |  | SILVER |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →  $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date:
    Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: IN CUSTODY

Original - CVB Copy

22-04317-MJ-01-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 24, 2022, while exercising my duties as a law enforcement officer in the District of Arizona, Officer Cori Oakes notified Grand Canyon Regional Communications Center (GC RCC) of an intoxicated male on the Bright Angel Trail approximately a half mile down trail at approximately 1946 hours. The male was later identified as Maxx M. NORMAN from Grand Canyon, AZ by name and date of birth. Officer Oakes walked with NORMAN to the Bright Angel parking lot. Officer Oakes offered NORMAN a ride home. NORMAN declined her offer, and then went to the rest rooms.

Due to a prior DUI arrest of NORMAN on August 12, 2022, Officer Wynd inquired if a silver Chevrolet Trax bearing AZ Registration was in the parking lot, and Officer Oakes confirmed it was in the parking lot

At approximately 2040 hours, Officers Erik Halvorsen and Wynd notified that a silver Chevrolet Trax with AZ Registration (              ) was driving the wrong way on a one-way section of the Bright Angel parking lot. I observed the silver Trax driving the wrong way and fail to stop at the stop sign at the intersection of the Bright Angel parking lot and South Village Loop.

I stopped the vehicle on South Village Loop and recognized the driver as NORMAN. NORMAN's eyes were watery and blood shot. As I spoke to NORMAN, I smelled the odor of alcoholic beverage emanating from his person. I asked NORMAN how much he had to drink today, and NORMAN replied, "Um, this morning, like all the way up to the afternoon." I asked NORMAN how much he had to drink, and NORMAN replied, "Bar math, like I said [while gesturing air quotes with both hands]." and informed me he had "3 or 4 drinks." I asked what NORMAN was drinking, and he informed me he didn't "drink hard liquor [while gesturing air quotes with both hands]." When I asked NORMAN what he drank, he explained he drank, "alcohol, like regular beer." NORMAN explained he drank two 16 oz beers and two 12 oz beers.

I requested NORMAN step out of the vehicle and perform Standardized Field Sobriety Tests (SFSTs). NORMAN refused to perform SFSTs. I placed NORMAN under arrest for 36 CFR 4.23(a)(1)   operating a motor vehicle while under the influence of alcohol.

NORMAN provided an evidentiary breath sample at the Emergency Operations Center on the Intoxilizer 9000 (S/N: 90-003011), with a result of 0.209 BrAC g/210L at 21:22 and 0.189 BrAC g/210L at 21:30.

NORMAN was issued mandatory appearance violation notices for 36 CFR 4.23(a)(2)   Alcohol concentration in operator's breath greater than 0.08 g/210L (0.209 g/210L) and 36 CFR 4.12   failure to comply with directions of a traffic control device (stop sign and driving wrong way in a one way).

A107 NP22259721 V/N: E1430581, E1430582, E1430583

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___08 24 2022___  _____
                Date (mm/dd.yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.08.25 05:36:28 -07'00'

Executed on: _____
             Date (mm/dd yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430582 | R. CLEM | 765 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/24/2022 2049 | 36 CFR 4.23(a)(1) |

**Place of Offense:** BRIGHT ANGEL PARKING LOT

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

DRIVING UNDER THE INFLUENCE (ALCOHOL)

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| NORMAN | MAXX | M |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | 1982 |

| Drivers License No | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
|  |  | AZ | -2313 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BRO   Height 5'3   Weight 150

### VEHICLE   VIN:   CMV

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 15 | CHEV/TRAX |  | SILVER |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: IN CUSTODY

Original - CVB Copy

*E1430582*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 24, 2022, while exercising my duties as a law enforcement officer in the District of Arizona, Officer Cori Oakes notified Grand Canyon Regional Communications Center (GC RCC) of an intoxicated male on the Bright Angel Trail approximately a half mile down trail at approximately 1946 hours. The male was later identified as Maxx M. NORMAN from Grand Canyon, AZ by name and date of birth. Officer Oakes walked with NORMAN to the Bright Angel parking lot. Officer Oakes offered NORMAN a ride home. NORMAN declined her offer, and then went to the rest rooms.

Due to a prior DUI arrest of NORMAN on August 12, 2022, Officer Wynd inquired if a silver Chevrolet Trax bearing AZ Registration was in the parking lot, and Officer Oakes confirmed it was in the parking lot.

At approximately 2040 hours, Officers Erik Halvorsen and Wynd notified that a silver Chevrolet Trax with AZ Registration         was driving the wrong way on a one-way section of the Bright Angel parking lot. I observed the silver Trax driving the wrong way and fail to stop at the stop sign at the intersection of the Bright Angel parking lot and South Village Loop.

I stopped the vehicle on South Village Loop and recognized the driver as NORMAN. NORMAN's eyes were watery and blood shot. As I spoke to NORMAN, I smelled the odor of alcoholic beverage emanating from his person. I asked NORMAN how much he had to drink today, and NORMAN replied, "Um, this morning, like all the way up to the afternoon." I asked NORMAN how much he had to drink, and NORMAN replied, "Bar math, like I said [while gesturing air quotes with both hands]." and informed me he had "3 or 4 drinks." I asked what NORMAN was drinking, and he informed me he didn't "drink hard liquor [while gesturing air quotes with both hands]." When I asked NORMAN what he drank, he explained he drank, "alcohol, like regular beer." NORMAN explained he drank two 16 oz beers and two 12 oz beers.

I requested NORMAN step out of the vehicle and perform Standardized Field Sobriety Tests (SFSTs). NORMAN refused to perform SFSTs. I placed NORMAN under arrest for 36 CFR 4.23(a)(1) operating a motor vehicle while under the influence of alcohol.

NORMAN provided an evidentiary breath sample at the Emergency Operations Center on the Intoxilizer 9000 (S/N: 90 003011), with a result of 0.209 BrAC g/210L at 21:22 and 0.189 BrAC g/210L at 21:30.

NORMAN was issued mandatory appearance violation notices for 36 CFR 4.23(a)(2) Alcohol concentration in operator's breath greater than 0.08 g/210L (0.209 g/210L) and 36 CFR 4.12 failure to comply with directions of a traffic control device (stop sign and driving wrong way in a one way).

A107 NP22259721 V/N: E1430581, E1430582, E1430583

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___08.24.2022___ /s/
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant

**Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.08.25 05:36:57 -07'00'

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430583 | R. CUEVA | 765 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/24/2022  2049 | 36 CFR 4.23 (a)(2) |

**Place of Offense:** BRIGHT ANGEL PARKING LOT

**Offense Description: Factual Basis for Charge** HAZMAT ☐

ALCOHOL CONCENTRATION 7.08

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| NORMAN | MAXX | M |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| GRAND CANYON | AZ | 86023 | __-__-1982 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | ____-__-2313 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BRO   Height 5'3   Weight 150

### VEHICLE  VIN: ___  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ___ | AZ | 15 | CHEV/TRAV | | SILVER |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   IN CUSTODY

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 24, 2022, while exercising my duties as a law enforcement officer in the District of Arizona, Officer Cori Oakes notified Grand Canyon Regional Communications Center (GC RCC) of an intoxicated male on the Bright Angel Trail approximately a half mile down trail at approximately 1946 hours. The male was later identified as Maxx M. NORMAN from Grand Canyon, AZ by name and date of birth. Officer Oakes walked with NORMAN to the Bright Angel parking lot. Officer Oakes offered NORMAN a ride home. NORMAN declined her offer, and then went to the rest rooms.

Due to a prior DUI arrest of NORMAN on August 12, 2022, Officer Wynd inquired if a silver Chevrolet Trax bearing AZ Registration was in the parking lot, and Officer Oakes confirmed it was in the parking lot.

At approximately 2040 hours, Officers Erik Halvorsen and Wynd notified that a silver Chevrolet Trax with AZ Registration was driving the wrong way on a one-way section of the Bright Angel parking lot. I observed the silver Trax driving the wrong way and fail to stop at the stop sign at the intersection of the Bright Angel parking lot and South Village Loop.

I stopped the vehicle on South Village Loop and recognized the driver as NORMAN. NORMAN's eyes were watery and blood shot. As I spoke to NORMAN, I smelled the odor of alcoholic beverage emanating from his person. I asked NORMAN how much he had to drink today, and NORMAN replied, "Um, this morning, like all the way up to the afternoon." I asked NORMAN how much he had to drink, and NORMAN replied, "Bar math, like I said [while gesturing air quotes with both hands]." and informed me he had "3 or 4 drinks." I asked what NORMAN was drinking, and he informed me he didn't "drink hard liquor [while gesturing air quotes with both hands]." When I asked NORMAN what he drank, he explained he drank, "alcohol, like regular beer." NORMAN explained he drank two 16 oz beers and two 12 oz beers.

I requested NORMAN step out of the vehicle and perform Standardized Field Sobriety Tests (SFSTs). NORMAN refused to perform SFSTs. I placed NORMAN under arrest for 36 CFR 4.23(a)(1) operating a motor vehicle while under the influence of alcohol.

NORMAN provided an evidentiary breath sample at the Emergency Operations Center on the Intoxilizer 9000 (S/N: 90-003011), with a result of 0.209 BrAC g/210L at 21:22 and 0.189 BrAC g/210L at 21:30.

NORMAN was issued mandatory appearance violation notices for 36 CFR 4.23(a)(2) Alcohol concentration in operator's breath greater than 0.08 g/210L (0.209 g/210L) and 36 CFR 4.12 failure to comply with directions of a traffic control device (stop sign and driving wrong way in a one way).

A107 NP22259721 V/N: E1430581, E1430582, E1430583

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___08.24.2022___   _/s/_
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.08.25 05:37:27 -07'00'
Date (mm/dd yyyy) U.S. Magistrate Judge